IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALANA GONZALEZ,

    Plaintiff                          Case No.: 3:11-cv-00711 JCH

v

AMERICAN CREDIT BUREAU, INC.,
    Defendant
_____

**STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS THIS ACTION WITH PREJUDICE AGAINST DEFENDANT, AMERICAN CREDIT BUREAU, INC.**

    Now comes the Plaintiff, Alana Gonzalez, by her attorney, Angela K. Troccoli, Esquire and Defendant, American Credit Bureau, Inc., hereby stipulate and agree that the action be Dismissed, with prejudice, each party to bear their own attorneys fees and with all rights of appeal waived.

| | |
|---|---|
| ALANA GONZALEZ,<br>By her Attorney, | AMERICAN CREDIT BUREAU, INC.<br>By their Attorney, |
| */s/ Angela K. Troccoli*<br>Angela K. Troccoli, Esquire, Id# ct28597<br>Kimmel & Silverman, PC<br>*The New England Office*<br>136 Main Street, Suite 301<br>Danielson, CT 06239<br>(860) 866-4380- direct dial<br>(860) 263-0919- facsimile<br>atroccoli@creditlaw.com | */s/ Michael J. Dugan*<br>Michael J. Dugan, Esquire, Id# ct18669<br>Litchfield Cavo, LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br>(860) 255-5577- direct dial<br>(860) 255-5566- facsimile<br>dugan@litchfieldcavo.com |

1

**CERTIFICATE OF SERVICE**

  I, Angela K. Troccoli, Esquire, hereby certify that I have this 13th day of April 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael J. Dugan, Esquire
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT 06001
dugan@litchfieldcavo.com

          /s/ Angela K. Troccoli
         Angela K. Troccoli, Esquire, Id# ct28597